IN THE UNITED STATES DISTRICT CENTRAL DISTRICT ILLINOIS

E-FILED
Thursday, 10 August, 2017  02:16:51 PM
Clerk, U.S. District Court, ILCD

URBANA DIVISION

Maurice Jackson #R-31861

LETTER TO THE
CLERK OF COURT

SCANNED at PCC and E-Mailed
8/9/17 (date) by 21 (initials)
1 (# of pages)

LETTER TO THE CLERK

BEFORE, THIS CLERK OF COURT IS A LETTER BY INMATE MAURICE JACKSON IN PONTIAC CORRECTIONAL CENTER.

I HAVE AN IMMENENT DANGER SITUATION OF A CONSTANT SEXUAL ASSAULT AND SEXUAL HARRASS- MENT, THAT I MAY WANT TO, BRING TO THIS COURT IN A 1983 CIVIL SUIT, "INTER ALIA."!

NOTE: (I do not ASK FOR LEGAL ADVICE). I SIMPLY ASK, "IS, THE ABOVE POSSIBLE"? MAY AN IMMENENT DANGER LAW SUIT BE FILED, BASED ON, ON-GOING SEXUAL ASSAULT, AND SEXUAL HARRASMENT, AND "FAILURE TO PROTECT"? PLEASE Promptly respond. THIS IS AN EMERGENCY!

CERTIFICATION

THIS MOTION WAS EXECUTED 8-8-17, AND E-FILED TO THE URBANA DISTRICT COURT. MJ

FOOTNOTES(1) THIS LETTER IS STRICTLY FOR THE CLERK OF COURT.